

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00226-CV

**VALERO DEVELOPMENT CORPORATION** and Imelda Fernandez,
Appellants

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-000828-D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellants' reply brief was due February 2, 2022. On that day, appellants filed an unopposed motion requesting an extension of time to file their brief by February 16, 2022. After consideration, we **grant** the motion and **order** appellants to file their reply brief by February 16, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court